**11CV8007**
**JUDGE GRADY**
**MAG. JUDGE FINNEGAN**

ERICA M. CHRISWELL
~~[redacted address]~~
)
) United States District Court
) Northern District of Illinois
Plaintiff )
)
Randall's Law Firm P.C. vs. )
545 Eighth Ave Suite #401 )
New York, New York 10018; And )
Act Like It Entertainment Inc. )
Defendant )

**COMPLAINT**

**RECEIVED**

NOV 1 0 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The Plaintiff now comes forth to ask Judge for relief under the U.S. Copyright Law Section 501. In and on or Around June of 2009 the plaintiff entered into a management agreement with Act Like it Entertainment. On or Around January 3rd 2010, the Plaintiff invested released an album under ~~her~~ record Label Brickgame Entertainment, the album was entitled "DIESEL" UPC # 859703000066. Brickgame Entertainment distributed "DIESEL" through iTunes, Amazon, Napster, Rapsody and other online retailers. In order to gain access to online retailers Brickgame entered into an agreement with TuneCore and TuneCore would inturn deliver music to the above named online retailers. Brickgame Entertainment discovered in October 2011 that the Act Like it Entertainment had been posting content without permission of Brickgame; on thier record labels youtube channel. As a result, Act Like It Entertainments youtube channel was reprimanded and the unauthorized content was removed. BrickGame Entertainment received notification on Oct 17, 2011, that the content had been removed from Act Like it Entertainments youtube channel. The Defendant on the advice of his negligent counsel then retaliated on the plaintiff by contacting plaintiffs distributors claiming ownership in the "DIESEL" ALBUM. THIS RESULTED IN THE ALBUM BEING PULLED FROM sales and retailer locations until the copyright infringement/ claim of ownership was addressed in federal court. Therefore I am here to seek relief for the unauthorized use of my video and the false claim to ~~the~~ "DIESEL" ALBUM.

ERICA M. CHRISWELL
~~[redacted]~~ )
) United States District Court
) Northern District of Illinois
Plaintiff )
Randall's Law FIRM P.C. VS. )
545 Eighth Ave Suite #401 )
New York, New York 10018; And ) 11CV8007
Act Like IT Entertainment Inc. ) JUDGE GRADY
Defendant ) MAG. JUDGE FINNEGAN

## COMPLAINT

The Plaintiff NOW COMES forth to ask Judge for relief under the U.S. Copyright Law Section 501. On OR Around June of 2009 Invested in and the plaintiff entered into a management agreement with Act Like it Entertainment. On or Around January 3rd 2010, the Plaintiff released an album under ~~the~~ record label Brickgame Entertainment, the album was entitled "DIESEL" UPC # 859703000066. Brickgame Entertainment distributed "DIESEL" through iTunes, Amazon, Napster, Rapsody and other online retailers. In order to gain access to online retailers Brickgame entered into an agreement with Tune Core and Tune Core would in turn deliver music to the above named online retailers. Brickgame Entertainment discovered in October 2011 that the Act Like it Entertainment had been posting content without permission of Brickgame; on their record labels youtube channel. As a result, Act Like It Entertainments youtube channel was reprimanded and the unauthorized content was removed. BrickGame Entertainment received notification on Oct 17, 2011, That the content had been removed from Act Like it Entertainments youtube channel. The Defendent on the advice of his negligent counsel then retaliated on the plaintiff by contacting plaintiffs distributors claiming ownership in the "DIESEL" ALBUM. THIS RESULTED IN THE ALBUM BEING PULLED FROM sales and retailer locations until the copyright infringement/claim of ownership was addressed in Federal Court. Therefore I am here to seek relief for the unauthorized use of my video and the false claim to ~~the~~ "DIESEL" ALBUM.

ERICA M. CHRISWELL

[address redacted]

Plaintiff

vs.

Randall's Law Firm P.C.
545 Eighth Ave. Suite #401
New York, New York 10018; And
Act Like IT Entertainment Inc.

Defendant

United States District Court
Northern District of Illinois

11CV8007
JUDGE GRADY
MAG. JUDGE FINNEGAN

## COMPLAINT

The Plaintiff now comes forth to ask Judge for relief under the U.S. Copyright Law Section 501. On or Around June of 2009 invested in and the plaintiff entered into a management agreement with Act Like it, Entertainment. On or Around January 3rd 2010, the Plaintiff released an album under record Label Brickgame Entertainment, the album was entitled "DIESEL" UPC # 859703000066. Brickgame Entertainment distributed "DIESEL" through iTunes, Amazon, Napster, Rapsody and other online retailers. In order to gain access to online retailers Brickgame entered into an agreement with Tune Core and Tune Core would in turn deliver music to the above named online retailers. Brickgame Entertainment discovered in October 2011 that Act Like it Entertainment had been posting content without the permission of Brickgame; on their Record Labels youtube channel. As a result, Act Like It Entertainments youtube channel was reprimanded and the unauthorized content was removed. BrickGame Entertainment received Notification on Oct 17, 2011, That the content had been removed from Act Like it Entertainments youtube channel. The Defendent on the advice of his negligent counsel then retaliated on the plaintiff by contacting plaintiffs distributors claiming ownership in the "DIESEL" ALBUM. THIS RESULTED IN THE ALBUM BEING PULLED FROM sales and retailer locations until the copyright infringement/ claim of ownership was addressed in Federal Court. Therefore I am here to seek relief for the unauthorized use of my video and the false claim to the "DIESEL" ALBUM.